**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 06-6069**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUILLERMO BENITEZ, a/k/a Poppy, a/k/a Junior,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:94-cr-00052-RBS-1)

—————————

Submitted:  June 28, 2006            Decided:  July 25, 2006

—————————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Guillermo Benitez, Appellant Pro Se.  Laura Marie Everhart,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Guillermo Benitez appeals the district court's order denying relief on his 18 U.S.C. § 3582(c) (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Benitez, No. 2:94-cr-00052-RBS-1 (E.D. Va. Dec. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED